# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2011

142849 & (3)(4)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GRIEVANCE ADMINISTRATOR,
      Petitioner-Appellee,

v

ROBERT D. STEIN,
      Respondent-Appellant.

SC: 142849
ADB: 09-03-GA

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2011                            _____
                                             Clerk